IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO.  19-2880 MV |
| ) | |
| vs. ) | |
| ) | |
| **MICHAEL ALEXIS, a.k.a "Met Bawi",** ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION
## FOR SENTENCING HEARING

Pursuant to Rule 32 of the Rules of Criminal Procedure, the United States respectfully requests that the Court schedule this matter for sentencing, as Defendant pled guilty on February 14, 2022.  Doc. 22.

    Respectfully submitted,

    ALEXANDER M.M. UBALLEZ
    United States Attorney

    *Electronically filed July 3, 2024*
    JEREMY PEÑA
    Assistant United States Attorney
    P.O. Box 607
    Albuquerque, NM   87103
    (505) 346-7274

I hereby certify that on July 3, 2024, I filed the foregoing document electronically through the CM/ECF system, which caused the attorney(s) of record to be served by electronic means.

*Electronically filed July 3, 2024*
JEREMY PEÑA
Assistant U.S. Attorney

1