IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 19-cr-2880-MV |
| | ) |
| **MICHAEL ALEXIS, a.k.a "Met Bawi"**, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF SUGGESTION OF DEATH

The United States of America hereby notifies the Court that the defendant in indictment 19-CR-2880-MV, MICHAEL ALEXIS, has died.

Defendant died on September 12, 2024. His death certificate is attached as Exhibit 1. No other individuals are named in the indictment. There is no need for further proceedings under this case number.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*Electronically filed November 8, 2024*
JEREMY PEÑA
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

I hereby certify that on November 8, 2024, I filed the foregoing document in open court and electronically through the CM/ECF system, which caused counsel for the defendant to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

        /s/ *Filed electronically*
Jeremy Peña
Assistant United States Attorney