STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.    HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2024154323

**DATE ISSUED:** SEPTEMBER 24, 2024

**DATE FILED:** SEPTEMBER 19, 2024

### DECEDENT INFORMATION

NAME: MICHAEL  ALEXIS
AKA: MICHAEL ALEXIS JR.
DATE OF DEATH: SEPTEMBER 12, 2024          SEX: MALE       AGE: 048 YEARS
DATE OF BIRTH: ███████████ 1976              SSN: ***-**-6305
BIRTHPLACE: ROSEAU, DOMINICA
PLACE WHERE DEATH OCCURRED:    GAS STATION
FACILITY NAME OR STREET ADDRESS: 3301 N UNIVERSITY DR
LOCATION OF DEATH: SUNRISE, BROWARD COUNTY, 33351
RESIDENCE:   19400 NW 1ST COURT, MIAMI, FLORIDA  33169, UNITED STATES
COUNTY: MIAMI-DADE
OCCUPATION, INDUSTRY:  CONSULTANT, INFORMATION TECHNOLOGY
                                                                                EVER IN U.S. ARMED FORCES? NO
EDUCATION: MASTERS DEGREE
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: BLACK, DOMINICAN, W.I.

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME:   RAEGAN  LINDSAY  WALLACH
FATHER'S/PARENT'S NAME:    MICHAEL  E  ALEXIS
MOTHER'S/PARENT'S NAME:    RONNIE  ROYER

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME:    RAEGAN  LINDSAY  ALEXIS
RELATIONSHIP TO DECEDENT:    WIFE
INFORMANT'S ADDRESS:  148 QUAIL DRIVE, AMERICUS, GEORGIA  31719, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER:  JOHNNY A HODGSON, F045508
FUNERAL FACILITY:   NEW BEGINNINGS FUNERAL HOME F509399
            1826 N UNIVERSITY DRIVE, PEMBROKE PINES, FLORIDA  33024
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION:   ABCO CREMATORY
            FORT LAUDERDALE, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: ASSOCIATE MEDICAL EXAMINER
TIME OF DEATH (24 HOUR):   0954
CERTIFIER'S NAME:   BRANDON MICHAEL MAVEAL
CERTIFIER'S LICENSE NUMBER:   TRN38916
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER):    NOT ENTERED

MEDICAL EXAMINER CASE NUMBER: 24172507
DATE CERTIFIED: SEPTEMBER 16, 2024

The first five digits of the decedent's Social Security Number have been redacted pursuant to §119.071(5), Florida Statutes.

*signature*  , STATE REGISTRAR

REQ: 2026964225

WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (08/01/2022)



*48807558*

CERTIFICATION OF VITAL RECORD

 Florida HEALTH